Eric J. Farber (SBN: 169472)
efarber@pinnaclelawgroup.com
William W. Schofield (SBN: 062674)
wschofield@pinnaclelawgroup.com
Kevin F. Rooney (SBN: 184096)
krooney@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Defendants-Counterclaimants
Santa Fe Pointe, LP, Santa Fe Management, LLC,
Rant, LLC, and Theotis Oliphant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>    Plaintiff-Counterclaim Defendant<br><br>vs.<br><br>SANTA FE POINTE LP, et al.,<br><br>    Defendants-Counterclaimants. | Case No.: C08-02756 JL<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS AND COUNTERCLAIMANTS** |

PLEASE TAKE NOTICE that the undersigned attorneys are appearing as counsel of record for Defendants-Counterclaimants Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis Oliphant and request that all notices given or required to be given, and all papers served or required to be served, be given to and served at the above-referenced address.

Dated:  June 10, 2008.                      PINNACLE LAW GROUP, LLP
                                            Attorneys for Defendants-Counterclaimants


                                            By /s/ *William W. Schofield*
                                               William W. Schofield

---

*Greystone CDE, LLC v. Santa Fe Pointe, LP, et al.* (C08-02756 JL)                                                          - 1
Notice of Appearance

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 and not a party to the within action.  My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On June 10, 2008, I served true and correct copies of the document(s) described as:

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS AND COUNTERCLAIMANTS**

[X]     **BY E-MAIL**:  Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users:

        Mark D. Kemple          mdkemple@jonesday.com

        Erik K. Swanholt        ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 10, 2008, at San Francisco, California.

                                                  /s/ Mike Terry
                                                   MIKE TERRY