Eric J. Farber (SBN: 169472)
efarber@pinnaclelawgroup.com
William W. Schofield (SBN: 062674)
wschofield@pinnaclelawgroup.com
Kevin F. Rooney (SBN: 184096)
krooney@pinnaclelawgroup.com
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Defendants-Counterclaimants
Santa Fe Pointe, LP, Santa Fe Management, LLC,
Rant, LLC, and Theotis Oliphant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>          Plaintiff-Counterclaim Defendant<br><br>     vs.<br><br>SANTA FE POINTE LP, et al.,<br><br>          Defendants-Counterclaimants. | Case No.: C08-02756 JL<br><br>**DEFENDANTS/COUNTERCLAIMANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 18 U.S.C. Section 636(c) Defendants-Counterclaimants Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis Oliphant hereby consent to have United States Magistrate Judge Joseph J. Spero conduct any and all further proceedings in the case, including trial, and order for entry of a final judgment, and voluntarily waive the right to proceed before a United States District Judge.

Dated:  June 10, 2008.                    PINNACLE LAW GROUP, LLP
                                          Attorneys for Defendants-Counterclaimants


                                          By /s/ *William W. Schofield*
                                              William W. Schofield

---

*Greystone CDE, LLC v. Santa Fe Pointe, LP, et al.* (C08-02756 JL)                                          - 1
Consent To Proceed Before Magistrate