Eric J. Farber (SBN: 169472)
efarber@pinnaclelawgroup.com
William W. Schofield (SBN: 062674)
wschofield@pinnaclelawgroup.com
Kevin F. Rooney (SBN: 184096)
krooney@pinnaclelawgroup.com
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs SANTA FE POINTE, LP,
SANTA FE MANAGEMENT, LLC, RANT, LLC,
and THEOTIS F. OLIPHANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al.<br><br>Plaintiffs,<br>vs.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>Defendants. | Case No.: C07-05454 JCS<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On June 10, 2008, I served true and correct copies of the document(s) described as:

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS AND COUNTERCLAIMANTS;**

**DEFENDANTS/COUNTERCLAIMANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; and,**

**NOTICE OF RELATED CASES**

[X]   BY U.S. MAIL: I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C07-05454 JCS)                                                  - 1
Certificate of Service

know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date. Following said practice, I placed the above named document(s) in the United States mail at San Francisco, California addressed as set forth below.

*Attorneys for Plaintiff-Counterclaim Defendant and Additional Counterclaim-defendant Greystone CDE, LLC and Greystone Servicing Corporation, Inc.*:

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein LLP
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, New York 10022-5937

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2008, at San Francisco, California.

/s/ Mike Terry
MIKE TERRY

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C07-05454 JCS)   - 2
Certificate of Service