Mark D. Kemple (State Bar No. 145219)
mkemple@jonesday.com
Erik K. Swanholt (State Bar No. 198042)
ekswanholt@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Plaintiff GREYSTONE CDE, LLC and
Counter-Defendant GREYSTONE SERVICING
CORPORATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **GREYSTONE CDE, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SANTA FE POINTE, LP, et al.,**<br><br>Defendants. | Case No. C 08-02756 JL<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned parties hereby decline to consent to the assignment of a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | Dated: June 16, 2008 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Mark D. Kemple |
| 4 | |     Mark D. Kemple<br>    Erik K. Swanholt |
| 5 | | Attorneys for Plaintiff Greystone CDE, LLC and Counter-Defendant Greystone Servicing Corporation, Inc. |

LAI-2954703v1

Request for Reassignment to a United States District Judge
C 08-02756 JL

- 2 -