IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREYSTONE CDE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA FE POINTE, LP, et al.,<br><br>    Defendants<br>_____/ | No. C-08-2756 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF PLEADINGS** |

By order filed May 20, 2008 in the Southern District of New York, the above-titled action was transferred to this District, and, on June 17, 2008, was assigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the parties to submit, no later than June 27, 2008, a chambers copy of each operative pleading, and any attachments thereto, filed in the Southern District of New York. Specifically, plaintiff shall submit a chambers copy of its First Amended Complaint, filed October 5, 2007, and defendants shall submit a chambers copy of their answer and counterclaims, filed March 3, 2008.

**IT IS SO ORDERED.**

Dated: June 19, 2008

                                                    MAXINE M. CHESNEY<br>
                                                    United States District Judge