1  Mark D. Kemple (State Bar No. 145219)
   mkemple@jonesday.com
2  Erik K. Swanholt (State Bar No. 198042)
   ekswanholt@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:   (213) 489-3939
   Facsimile:    (213) 243-2539
6
   Attorneys for Plaintiff
7  Greystone CDE, LLC

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       (SAN FRANCISCO DIVISION)
11

12
   GREYSTONE CDE, LLC,                  Case No. C 08-02756 MMC
13
                 Plaintiff,             CERTIFICATE OF SERVICE
14                                      REGARDING:
         v.
15                                      1) STANDING ORDERS
   SANTA FE POINTE, LP, et al.,         2) FIRST AMENDED COMPLAINT
16
                 Defendants.
17

18

19       **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

20       **ATTORNEYS OF RECORD:**

21       Plaintiff Greystone CDE, LLC ("Plaintiff"), hereby serves the Standing Orders of the

22  Honorable Maxine Chesney, attached hereto as Exhibit A, on all parties to this action and certifies

23  to the Court that it has made such service in compliance with its obligations under paragraph 7 of

24  those orders.

25       Plaintiff further certifies that, pursuant to this Court's Order dated June 19, 2008, it has

26  submitted a Chambers Copy of the First Amended Complaint (with attachments) that it

27  previously filed in the Southern District of New York on October 5, 2007.  This Chambers Copy

28  was submitted to the Clerk of this Court on June 23, 2008 in accordance with the procedures set

LAI-2956890v1                                              CERTIFICATE OF SERVICE

1  forth in paragraph 2 of Judge Chesney's Standing Orders.

2

3  Dated: June 25, 2008                JONES DAY

4

5                                      By: /s/ Mark Kemple

6                                      Attorneys for Plaintiff Greystone CDE, LLC

# EXHIBIT "A"

STANDING ORDERS FOR CIVIL CASES
ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing - Lodging Hard Copies for Chambers**

   In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3. **Scheduling Days:**

   a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
   b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
   c. Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
   d. Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
   e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4. **Proposed Orders Required:** Each party filing or opposing a motion shall also serve and file a proposed order which sets forth the relief or action sought and a short statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge

3