1  Mark D. Kemple (State Bar No. 145219)
   mkemple@jonesday.com
2  Erik K. Swanholt (State Bar No. 198042)
   ekswanholt@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:     (213) 489-3939
   Facsimile:      (213) 243-2539
6
   Attorneys for Plaintiff Greystone CDE, LLC and
7  Counter-Defendant Greystone Servicing Corporation,
   Inc.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **(SAN FRANCISCO DIVISION)**

12

13  GREYSTONE CDE, LLC,                    **Case No. C 08-02756 MMC**

14              Plaintiff,                 **NOTICE OF APPEARANCE OF
                                           COUNSEL ERIK K. SWANHOLT**
15       v.

16  SANTA FE POINTE, LP, et al.,

17              Defendants.

18

19       **PLEASE TAKE NOTICE** that the following counsel will appear in this matter as

20  counsel on behalf of Plaintiff Greystone CDE, LLC and Counter-Defendant Greystone Servicing

21  Corporation, Inc. and hereby requests that all notices and papers electronically filed or served in

22  this matter be served on counsel at the following address:

23          Erik K. Swanholt, Esq.
            ekswanholt@jonesday.com
24          JONES DAY
            555 South Flower Street
25          Fiftieth Floor
            Los Angeles, CA  90071-2300
26          Telephone:     (213) 489-3939
            Facsimile:      (213) 243-2539
27

28

LAI-2952787v1                                              Notice of Appearance
                                                           C 08-02756 MMC

1  **PLEASE TAKE FURTHER NOTICE** that the foregoing includes not only all notices
2  and papers, but also includes, without limitation, order and notices of any pleading, complaint,
3  hearing, application, motion, request or demand, whether formal or informal, written or oral, or
4  transmitted or conveyed by mail, facsimile, or email.

Dated: August 15, 2008                    JONES DAY

By: /s/ Erik K. Swanholt
    Erik K. Swanholt

Attorneys for Plaintiff Greystone CDE, LLC
and Counter-Defendant Greystone Servicing
Corporation, Inc.

LAI-2952787v1

- 2 -

Notice of Appearance
C 08-02756 MMC