**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: __AUG 2 2 2008__

**E-filing**

C-_08-2756_-MMC

__GREYSTONE CDE LLC__ v __SANTA FE POINTE__

Attorneys: __MARK KEMPLE__    __William Schofield__

_____   _____

Deputy Clerk: **TRACY LUCERO**    Reporter: __NOT REPORTED__

**PROCEEDINGS:**    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference  *INITIAL* *(By phone)*

**ORDERED AFTER HEARING:**

__Parties to re-file as renamed their Complaint & Answer in C-07-5454 by 9/3/08. Then Court will statistically close this case.__

( ) ORDER TO BE PREPARED BY:   Plntf_____  Deft_____  Court_____

( ) Referred to Magistrate For:_____
         ( )By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____Trial Date_____ Set for _____ days
              Type of Trial: ( )Jury  ( )Court
Notes: _____
_____
_____