IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREYSTONE CDE LLC,

    Plaintiff,

  v.

SANTA FE POINTE, LP, et al.,

    Defendants

_____/

No. C-08-2756 MMC

**ORDER CLOSING CASE NO. 08-2756 MMC FOR STATISTICAL PURPOSES**

    The parties having jointly requested that the above-titled action be consolidated with Case No. C-07-5454, and the parties having refiled in Case No. C-07-5454 the pleadings previously filed in the above-titled action, the above-titled action is hereby CLOSED for statistical purposes only.

    Such statistical closure is not intended to, and does not, affect any rulings previously made in the above-titled action. Further, nothing contained in this order shall be considered a dismissal or disposition of any action or claim. Should further proceedings become necessary or desirable in Case No. C-08-2756, any party may initiate them in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated: September 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge